UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHIRLEY M. ANDERSON,

    Plaintiff,

v.

CITY OF COLVILLE, WASHINGTON; SCOTT ARMS, KEITH KENDALL and DAMON MESHISHNEK,

    Defendant.

No. CV-07-406-FVS

ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Stipulation For Dismissal With Prejudice, Ct. Rec. 3.  The parties having stipulated for dismissal in the above-entitled matter,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation For Dismissal With Prejudice, Ct. Rec. 3, is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITH PREJUDICE** without costs or fees to any party.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this  4th  day of March, 2008.

                s/ Fred Van Sickle
                Fred Van Sickle
          United States District Judge

ORDER OF DISMISSAL- 1